# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2025

## NO. 03-24-00056-CV

**Mitchell C. Whitlock, Appellant**

**v.**

**Whataburger Restaurants, LP, Individually and d/b/a Whataburger #481, Whataburger Restaurants LLC; and Whataburger Ventures, LLC, Appellees**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the order granting summary judgment signed by the trial court on November 28, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.